B.C. BARMANN, SR., COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

Attorney for Defendants,
COUNTY OF KERN, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD WEIMER,<br><br>             Plaintiff,<br><br>v.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S OFFICE; KERN COUNTY WELFARE DEPARTMENT; EDWARD LAWRENCE KLEIER; BRADFORD DARLING; JACK RUTLEDGE; EDWARD JAGELS; ANDREW GINDES; CAROL DARLING; BARBARA JONES; IRENE VALOS and DOES 1 - 30,<br><br>             **Defendants** | CASE NO. CV-F-06-00735 OWW-DLB<br><br>STIPULATION FOR ORDER CONTINUING MOTION TO RECUSE JUDGE OLIVER W. WANGER<br><br>SPECIAL NOTICE TO COUNSEL:<br><br>Date changed to October 16, 2006 |

Counsel for all parties, Patience Milrod, Esq., for plaintiff, Howard Weimer, and Mark L. Nations, Chief Deputy County Counsel, for defendants County of Kern, Edward Jagels, Edward Lawrence Kleier, Kern County Sheriff's Department and Kern County Welfare Department hereby stipulate that the Court may enter an order continuing the Motion to Recuse Judge Oliver W. Wanger, presently scheduled for September 25, 2006, to October 10, 2006 at 10:00 a.m. in Courtroom 3, so that plaintiff's counsel may attend the hearing on this motion.  The parties believe that it will be beneficial to all parties and to the Court to postpone the motion.  Plaintiff's opposition to the motion to recuse would be due on September 22, 2006 and defendants' reply would be due on October 3, 2006.

1 | The parties herein agree that this stipulation may be signed in counterparts.

2 | Dated: August 24, 2006.                     B. C. BARMANN, SR., COUNTY COUNSEL

By /s/ Mark L. Nations
Mark L. Nations, Chief Deputy
Attorney for Defendants County of Kern, et al.

Dated: August 24, 2006.                     LAW OFFICE OF PATIENCE MILROD

By /s/ Patience Milrod
Patience Milrod, Esq.
Attorney for Plaintiff, Howard Weimer

## **ORDER**

The Court having read the foregoing Stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion to Recuse in this matter currently scheduled for September 25, 2006, is hereby continued until October 16, 2006, at 10:00 a.m. in Courtroom 3 and plaintiff's opposition to motion to recuse is due on September 22, 2006 and defendants' reply is due on October 3, 2006.

IT IS SO ORDERED.

**Dated:   August 30, 2006**                         **/s/ Oliver W. Wanger**
emm0d6                                                         UNITED STATES DISTRICT JUDGE