Jorge González  SB # 100799
A Professional Corporation
801 S. Figueroa Street, 12th Floor
Los Angeles, CA 90017
Tel: 213.670.0063

Patience Milrod, Esq.  SB# 77466
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California  93728
Telephone:  559.442.3111

Laurence O. Masson  SB# 87794
LAW OFFICE OF LAURENCE O. MASSON
One Maritime Plaza, Suite 1040
San Francisco, California  94111
Telephone: 415.951.1942

Michael R. Snedeker SB# 62842
SNEDEKER & SHORT
PMB 422, 4110 S.E. Hawthorne Blvd.
Portland, Oregon 97214
Telephone: 503.234.3584

Attorneys for Plaintiff Howard Weimer

**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| HOWARD WEIMER, | |
| Plaintiff, | Case No. 1:06-CV-00735 OWW DLB |
| v. | |
| COUNTY OF KERN, et al. | **STIPULATION AND PROTECTIVE ORDER** |
| Defendants. | |
| _____/ | |

WHEREAS plaintiff Howard Weimer has served a subpoena ("Subpoena") on Edmund G. Brown Jr., Attorney General of California ("CAG"), to produce and permit inspection

*Stipulation and Protective Order*                                                                                                   *1*

PDF created with pdfFactory trial version www.pdffactory.com

and copying of "[t]he approximately 18 boxes of documents, audio recordings and other things which constitute the backup materials supporting or used in the preparation of the September 1986 Attorney General's Report on the Kern County Child Abuse investigations[,]" which bear Bates stamped numbers 00001 through 36714, inclusive, and presently are in the custody of the Department of Justice, Bureau of Investigation located at 1735 E Street, Fresno, California, and

WHEREAS the CAG, by and through the undersigned Deputy Attorney General, will comply with the Subpoena, but seeks a Protective Order adequate to protect the privacy interests of third parties whose confidential personal information is found among some of the documents responsive to the Subpoena,

NOW THEREFORE, the parties to this action, by and through their undersigned respective counsel of record, and the CAG, stipulate as follows:

1. CAG shall produce 18 boxes of documents, audio recordings and other things responsive ("Responsive Materials") to the Subpoena, bearing Bates Stamp numbers 00001 through 36714, at the Department of Justice premises located at 1735 E. Street, Fresno, California at times pre-arranged among the parties, CAG and the Department of Justice which are sufficient for the parties hereto to conduct a reasonable inspection and review of the Responsive Materials.

2. The parties agree that each party hereto shall thereafter make its own arrangements for copying of the Responsive Materials, such arrangements to include coordination of such copying effort with the CAG and the Bureau of Investigation, to bear its own cost of reproduction and to select the copy service employed.

3. The parties agree that CAG shall withhold from production and copying of Responsive Materials the medical or psychological treatment records of third parties found therein and shall provide in writing to the parties to this action only the names of those third parties whose medical or psychological records are withheld; any of the parties to this action may thereafter by timely motion to the Court seek compelled disclosure of some or all of these medical or psychological records; nothing herein should be construed in

*Stipulation and Protective Order*                                                                 *2*

PDF created with pdfFactory trial version www.pdffactory.com

any way to waive or limit the entitlement of interested third parties or the CAG to oppose any such motions to compel.

4. The parties agree to restrict use of the Responsive Materials to the purposes of this litigation only and to restrict viewing of such materials to only attorneys and persons associated with the attorneys, experts and necessary witnesses in this case.

5. The parties agree to return all copies to DOJ for disposal after litigation, including expiration of time for appeal.

6. The parties agree that this document may be executed in counterparts by each party's attorneys of record or duly appointed representative and that each counterpart of this stipulation duly signed and acknowledged by the parties will be deemed an original for all purposes.

SO STIPULATED:

Dated: March 14, 2007          /s/ Oliver Robinson
                               ___Oliver U. Robinson
                               Counsel for defendant Jack Rutledge


Dated: April 13, 2007          /s/ James Weakley
                               James D. Weakley
                               Counsel for defendant Andrew Gindes


Dated: _March 26, 2007___      /s/ Mark Nations
                               Mark L. Nations
                               Counsel for defendants County of Kern,
                                 Kern County Sheriff's Office, Kern County
                                 Welfare Department, Edward Lawrence Kleier,
                                 Bradford Darling, Edward Jagels, Carol Darling,
                                 Barbara Jones, & Irene Valos

*Stipulation and Protective Order*                                    3

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Dated: March 12, 2007_          /s/ Laurence Masson
_____   _____Laurence O. Masson
                    Co-counsel for plaintiff Howard Weimer


Dated: March 8, 2007_____ Edmund G. Brown Jr.
                                 California Attorney General


                                 By  /s/ Ernest Piper
_____       Ernest W. Piper
                                     Deputy Attorney General

**SO ORDERED.**

Dated: 4/24/07                   /s/ Oliver W. Wanger
                                    Oliver W. Wanger
                                 United States District Court Judge

*Stipulation and Protective Order*                                       *4*

PDF created with pdfFactory trial version www.pdffactory.com