```
1    Jorge González  SB # 100799
     A Professional Corporation
2    801 S. Figueroa Street, 12th Floor
     Los Angeles, CA 90017
3    Tel:  213.670.0063

4    Patience Milrod, Esq.  SB# 77466
     LAW OFFICE OF PATIENCE MILROD
5    844 North Van Ness Avenue
     Fresno, California  93728
6    Telephone:  559.442.3111

7    Laurence O. Masson  SB# 87794
     LAW OFFICE OF LAURENCE O. MASSON
8    One Maritime Plaza, Suite 1040
     San Francisco, California  94111
9    Telephone: 415.951.1942

10   Michael R. Snedeker SB# 62842
     Snedeker & Short
11   PMB 422, 4110 S.E. Hawthorne Blvd.
     Portland, Oregon 97214
12   Telephone: 503.234.3584

13   Attorneys for Plaintiff Howard Weimer

14
                      IN THE UNITED STATES DISTRICT COURT
15            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
                                FRESNO DIVISION
16
     HOWARD WEIMER,              )     Case No. 1:06-cv-00735-OWW-DLB
17                               )
            Plaintiff,           )     STIPULATION AND ORDER TO
18                               )     MODIFY SCHEDULING
         vs.                     )     CONFERENCE ORDER RE EXPERT
19                               )     DISCLOSURE AND DISCOVERY
     COUNTY OF KERN, et al.      )
20                               )
            Defendants.          )
21

22          The parties to this action, by and through their undersigned counsel of record, do

23   hereby stipulate to modify the January 30, 2007, Scheduling Conference Order ("SCO")
```

*Stipulation & Order re Experts*                                                                 1

PDF created with pdfFactory trial version www.pdffactory.com

(Document 32) regarding disclosure and discovery of information pertaining to expert witnesses as follows:

1. At the time the parties disclose the names and fields of expertise of witnesses, in writing, on or before October 1, 2007, the parties shall also disclose, in writing, a list of publications which each designated expert authored within the last ten years and a list of other cases in which the witness has testified as an expert at trial within the preceding four years;

2. Except as provided herein, experts' written reports shall be exchanged on or before December 15, 2007, and these disclosures shall include all information required by Federal Rule of Civil Procedure 26(a)(2)(B);

3. Any supplemental or rebuttal expert disclosures will be made on or before February 1, 2008, and shall comply with all the provisions of Federal Rule of Civil Procedure 26(a)(2);

4. The discovery cutoff date for expert depositions shall be March 1, 2008; and

5. Except as provided herein, the terms and conditions of the SCO shall remain in full force and effect.

SO STIPULATED.

Date: September 20, 2007      Law Office of Laurence O. Masson

_/s/ Laurence O. Masson_____
Laurence O. Masson
Co-counsel for Plaintiff Howard Weimer

Date: September 20, 2007      B.C. Barmann, Sr., Kern County Counsel

By _____/s/ Mark L. Nations_____
Mark L. Nations, Chief Deputy - Litigation
Counsel for defendants County of Kern, Kern County Sheriff's Office, Kern County Welfare Department, Bradford Darling, Carol Darling, Irene Valos, Barbara Jones, & Edward Jagels

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Date: September 21, 2007 | The Law Offices of Robinson & Kellar |
| 2 | | |
| 3 | | By /s/ Oliver Robinson<br>Oliver U. Robinson<br>Counsel for defendant Jack Rutledge |

Date: September 20, 2007    Weakley, Ratliff, Arendt, et al.

By    /s/ James D. Weakley
James D. Weakley
Counsel for defendant Andrew Gindes

**IT IS SO ORDERED.**

Date: _September 25, 2007        /s/ OLIVER W. WANGER_____
                                 Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE

*Stipulation & Order re Experts*                                                                 *3*

PDF created with pdfFactory trial version www.pdffactory.com