Jorge González  SB # 100799
A Professional Corporation
2485 Huntington Drive, Suite 238
San Marino, CA 91108
Telephone; 626-683-3922

Patience Milrod, Esq.  SB# 77466
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California  93728
Telephone:  559.442.3111

Laurence O. Masson  SB# 87794
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, #206
Berkeley, California  94705-2702
Telephone: 510.735.9691

Michael R. Snedeker SB# 62842
Snedeker & Short
PMB 422, 4110 S.E. Hawthorne Blvd.
Portland, Oregon 97214
Telephone:  503.234.3584

Attorneys for Plaintiff Howard Weimer

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| **HOWARD WEIMER,**       **Plaintiff,**       v.  **COUNTY OF KERN, et al.,**       **Defendants.** _____/ | **Case No. CV-F-06-00735 OWW DLB**  **STIPULATION AND ORDER GRANTING DISMISSAL** |

Plaintiff Howard Weimer and defendant Andrew Gindes, by and through their respective undersigned counsel of record, do hereby stipulate to dismissal of this action with prejudice as to defendant Andrew Gindes.  Each party shall bear his own costs of suit.

Dismissal - Stip & Order                          1

SO STIPULATED.

Date: December 19, 2007   Law Office of Laurence O. Masson

/s/ Laurence O. Masson

_____
Laurence O. Masson
Co-counsel for Plaintiff Howard Weimer

Date: December 19, 2007   Weakley, Ratliff, Arendt, et al.

/s/ James Arendt (as authorized on 12/19/07)
By_____
James Arendt
Counsel for defendant Andrew Gindes

(Plaintiff's counsel has retained the original signature page)

IT IS SO ORDERED.

**Dated:   December 20, 2007**           **/s/ Oliver W. Wanger**
                              UNITED STATES DISTRICT JUDGE

Dismissal - Stip & Order                    2