1  | **B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
2  | **By Mark L. Nations, Chief Deputy (Bar # 101838)**
**Administrative Center**
3  | **1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California 93301**
4  | **Telephone:  (661) 868-3800**

5  | **Attorney for Defendants,**
**COUNTY OF KERN, et al.**

6

7

8  | **UNITED STATES DISTRICT COURT**

9  | **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| **HOWARD WEIMER,** | **CASE NO. 1:06- CV-00735 OWW-DLB** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | |
| **COUNTY OF KERN;  KERN COUNTY SHERIFF'S OFFICE; KERN COUNTY WELFARE DEPARTMENT; EDWARD LAWRENCE KLEIER; BRADFORD DARLING;  JACK RUTLEDGE; EDWARD JAGELS;  ANDREW GINDES; CAROL DARLING; BARBARA JONES;  IRENE VALOS and DOES 1 - 30,** | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Patience Milrod, Esq., for Plaintiff,

Howard Weimer, Mark L. Nations, Chief Deputy, for Defendants, County of Kern, Kern

County Sheriff's Office, Kern County Welfare Department, Bradford Darling, Edward

Jagels, Carol Darling, Barbara Jones and Irene Valos, and Oliver U. Robinson, Esq. for

Defendant Jack Rutledge that the above-captioned action be and hereby is dismissed with

prejudice, as to Defendants, County of Kern, Kern County Sheriff's Office, Kern County

Welfare Department, Bradford Darling, Edward Jagels, Carol Darling, Barbara Jones, Irene

Valos and Jack Rutledge pursuant to Federal Rules of Civil Procedure 41(a)(1)and (2).

Dated: December 6, 2007             LAW OFFICE OF PATIENCE MILROD

By: /s/ Patience Milrod
Patience Milrod, Esq.
Attorneys for Plaintiff, Howard Weimer

1

Stipulation of Dismissal and Order Thereon

1   Dated: December 17, 2007                    B. C. BARMANN, SR., COUNTY COUNSEL

2

3                                               By /s/ Mark L. Nations
                                                   Mark L. Nations, Chief Deputy - Litigation
4                                                  Attorney for Defendants, County of Kern,
                                                   Kern County Sheriff's Office, Kern County
5                                                  Welfare Department, Bradford Darling,
                                                   Carol Darling, Irene Valos Barbara Jones
6                                                  and Edward Jagels

7   Dated: December 19, 2007                     ROBINSON & KELLAR

8

9                                               By /s/ Oliver U. Robinson
                                                   Oliver U. Robinson, Esq,
10                                                 Attorney for Defendant, Jack Rutledge

11

12

13                                              **ORDER**

14

15

16  IT IS SO ORDERED.

17  **Dated:    December 21, 2007**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                        2

Stipulation of Dismissal and Order Thereon